# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK FRAPPIER,       )<br>    Plaintiff(s)                    )<br>                                            )<br>           v.                              )<br>                                            )<br>COUNTRYWIDE HOME LOANS, INC.,  )<br>    Defendant(s)                 ) | CIVIL ACTION NO. 3:09-cv-11006-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

**[ ]   Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[X]   Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

**JUDGMENT** entered for the defendant Countrywide Home Loans, Inc., against the plaintiff Mark Frappier, pursuant to the court's memorandum and order entered this date, granting the defendant's motion for summary judgment.

**SARAH A. THORNTON**,
CLERK OF COURT

Dated: October 7, 2010                          By /s/ *Maurice G. Lindsay*
                                                                Maurice G. Lindsay
                                                                Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)                                                                 [jgm.]